## ROUNSAVILLE *et al. v.* LANGSTON *et al.*

*Atkinson, J.*—Under the facts disclosed by the record, there was no error in the judgment rendered by the trial judge, by whom the case was tried without the intervention of a jury.

November 2, 1896.   Argued at the last term.      *Judgment affirmed.*

Money rule. Before Judge Janes. Polk superior court. August term, 1895.

*Joel Branham* and *Sanders & Davis*, for plaintiffs in error.   *C. E. Carpenter* and *J. A. Blance*, contra.